IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR173 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICAH J. CORNELL, | ) | |
| | ) | |
| Defendant | ) | |

    This matter is before the court on the defendant's Motion to Continue Trial [27]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [27] is granted as follows:

1. The jury trial, now set for March 11, 2025, is continued to **May 13, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 13, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Matter will be set for telephonic status hearing by separate text order.

**DATED: February 19, 2025.**

                                         **BY THE COURT:**

                                         **s/ Ryan C. Carson**
                                         **United States Magistrate Judge**